**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| VICTOR MANUEL VARGAS-PLANCARTE, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-72071 <br><br> Agency No. A093-178-451 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009[**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Victor Manuel Vargas-Plancarte, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reconsider.  We have jurisdiction pursuant to 8 U.S.C. § 1252.  We

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

IH/Research

review for abuse of discretion the denial of a motion to reconsider, *Oh v. Gonzales*, 406 F.3d 611, 612 (9th Cir. 2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Vargas-Plancarte's motion to reconsider because the motion failed to identify any error of law or fact in the BIA's December 8, 2006, order. *See* 8 C.F.R. § 1003.2(b)(1).

Vargas-Plancarte's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**